Bank Code: NSPR  
Houston County Board of Education

| EMPLOYEE NAME | EMPLOYEE NO | PAY PERIOD ENDED | CHECK DATE | STMT NO |
|---|---|---|---|---|
| SHANNON BURGESS | 3483 | 02/28/2025 | 02/28/2025 | 334686 |

| EARNINGS DESCRIPTION | CURRENT AMT | YTD AMOUNT | TYPE | DEDUCTION DESCRIPTION | CURRENT AMT | YTD AMOUNT |
|---|---|---|---|---|---|---|
| CHILD NUTRITION, ACCOUNTANT | 1,710.83 | 3,421.66 | 1 | FED. WTH. | 88.81 | 177.62 |
| SPEC AREA EXEC ADM, SECRETARY | 1,710.84 | 3,421.68 | 2 | MEDICARE | 42.46 | 84.92 |
| | | | 3 | STATE TAX | 108.23 | 216.46 |
| | | | 5 | SOC SEC | 181.54 | 363.08 |
| | | | 11 | RETIREMENT | 256.63 | 513.26 |
| | | | 208 | PEEHIP | 407.00 | 814.00 |
| | | | 211 | SUPPLEMENT | 88.00 | 176.00 |
| | | | 212 | SUN LIFE | 3.21 | 6.42 |
| | | | 272 | T L AFA | 44.75 | 89.50 |
| GROSS PAY | 3,421.67 | 6,843.34 | 911 | REGIONS | 2,201.04 | 4,402.08 |
| FRINGE BENEFIT | 1.35 | 2.70 | | | | |

| LEAVE DESCRIPTION | BALANCE | TAKEN |
|---|---|---|
| SICK | 132.00 | 0.00 |
| PERSONAL | 5.00 | 0.00 |
| VACATION | 10.50 | 4.50 |
| Sick Bank | 5.00 | 0.00 |

REGULAR HOURS 0.00  OT HOURS 0.00

ACH PAY 2,201.04

---

**Houston County Board of Education**  
Payroll Clearing Account  
404 West Washington Street  
Dothan, AL 36301

**334686**

PAY  Two Thousand Two Hundred One Dollars and 4 Cents

TO THE ORDER OF  
SHANNON BURGESS  
213 PETUNIA  
Dothan AL 36301

| CHECK DATE | AMOUNT |
|---|---|
| 02/28/2025 | 2,201.04 |

Non-Negotiable

*** ACH Statement ***  
*** Document Copy ***

Houston County Board of Education  
404 West Washington Street  
Dothan, AL 36301

8600-3483  
SHANNON BURGESS  
213 PETUNIA  
Dothan AL 36301

## Check Detail



| Bank Code: NSPR | | | Houston County Board of Education | | | | |
|---|---|---|---|---|---|---|---|
| EMPLOYEE NAME | | | EMPLOYEE NO | PAY PERIOD ENDED | | CHECK DATE | STMT NO |
| SHANNON BURGESS | | | 3483 | 04/25/2025 | | 04/25/2025 | 336591 |
| EARNINGS DESCRIPTION | CURRENT AMT | YTD AMOUNT | TYPE | DEDUCTION DESCRIPTION | | CURRENT AMT | YTD AMOUNT |
| CHILD NUTRITION. ACCOUNTANT | 1,710.83 | 6,843.32 | 1 | FED. WTH. | | 88.81 | 355.24 |
| SPEC AREA EXEC ADM. SECRETARY | 1,710.84 | 6,843.36 | 2 | MEDICARE | | 42.46 | 169.84 |
| | | | 3 | STATE TAX | | 108.23 | 432.92 |
| | | | 5 | SOC SEC | | 181.54 | 726.16 |
| | | | 11 | RETIREMENT | | 256.63 | 1,026.52 |
| | | | 208 | PEEHIP | | 407.00 | 1,628.00 |
| | | | 211 | SUPPLEMENT | | 88.00 | 352.00 |
| | | | 212 | SUN LIFE | | 3.21 | 12.84 |
| | | | 272 | TL AFA | | 44.75 | 179.00 |
| GROSS PAY | 3,421.67 | 13,686.68 | 911 | REGIONS | | 2,201.04 | 8,804.18 |
| FRINGE BENEFIT | 1.35 | 5.40 | | | | | |
| LEAVE DESCRIPTION | BALANCE | TAKEN | | | | | |
| SICK | 134.00 | 0.00 | | | | | |
| PERSONAL | 5.00 | 0.00 | | | | | |
| VACATION | 10.50 | 4.50 | | | | | |
| Sick Bank | 5.00 | 0.00 | | | | | |
| REGULAR HOURS | 0.00 | OT HOURS | 0.00 | | ACH PAY | | 2,201.04 |

**Houston County Board of Education**
**Payroll Clearing Account**
404 West Washington Street
Dothan, AL 36301

**336591**

PAY Two Thousand Two Hundred One Dollars and 4 Cents

TO THE ORDER OF
SHANNON BURGESS
213 PETUNIA
Dothan AL 36301

| CHECK DATE | AMOUNT |
|---|---|
| 04/25/2025 | 2,201.04 |

**Non-Negotiable**

*** ACH Statement ***
*** Document Copy ***

Houston County Board of Education
404 West Washington Street
Dothan, AL 36301

8600-3483
SHANNON BURGESS
213 PETUNIA
Dothan AL 36301